**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY PROCTOR,                                                                                                    PLAINTIFF
ADC #87410

v.                                              5:10-cv-00376-SWW-JTK

NEEMA SUPHAN, et al.                                                                                       DEFENDANTS

**ORDER**

Plaintiff Proctor is a state inmate incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction (ADC). He paid the $350 filing fee for this 42 U.S.C. § 1983 action against Defendants (Doc. No. 10). By Order dated February 14, 2011, this Court directed Plaintiff to file an in forma pauperis application pursuant to 28 U.S.C. § 1915, prior to the issuance of summons and service of the Complaint by the United States Marshal Service (Doc. No. 11).

Plaintiff now files Objections to that Order (Doc. No. 14), complaining about the requirement to submit an in forma pauperis application prior to service, and the fact that he did not receive a blank application from the Court pursuant to the Order. The Court construes Plaintiff's Objections as a Motion for Extension of Time, and will grant such.

Officers of the court shall issue and serve process in cases filed in forma pauperis, but if Plaintiff does not comply with the Court's Order and submit such an application, he fails to qualify for this service. 28 U.S.C. § 1915(d).   Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Objections (Doc. No. 14), which this Court construes as a Motion for Extension of Time, is GRANTED.

Plaintiff shall submit an in forma pauperis application, in accordance with the Court's February 14, 2011 Order, within 15 days of the date of this Order. Failure to file such may result

1

in the dismissal of this action without prejudice, for failure to prosecute.  <u>See</u> Local Rule 5.5(c)(2).

The Clerk is directed to forward to Plaintiff an <u>in</u> <u>forma</u> <u>pauperis</u> application.

IT IS SO ORDERED this 7th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE