**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY PROCTOR,
ADC #87410                                                                                          PLAINTIFF

5:10-cv-00376-SWW-JTK

NEEMA SUPHAN, et al.                                                                       DEFENDANTS

**ORDER**

Summons was returned, unexecuted, with respect to Defendants Neema Suphan, Tim Mullins, Vera Miller, and N. Ifediora, on April 13, 2011 (Doc. Nos. 32-35). Defendants have provided their last-known addresses by email for security purposes. This Court will direct that the email be filed under seal, and will direct the re-issuance of service on Defendants Suphan, Mullins, Miller and Ifediora at the addresses noted in the email. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' email shall be placed under seal in the Clerk's Office, and that the addresses set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the Defendants Neema Suphan, Tim Mullins, Vera Miller, and N. Ifediora, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 1) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 19th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE