## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRY PROCTOR,
ADC #87410                                                                                          PLAINTIFF

v.                                      5:10CV00376-SWW-JTK

NEEMA SUPHAN, et al.                                                                          DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 6), is DENIED.

IT IS SO ORDERED this 31st day of May, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE