**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY PROCTOR,
ADC #87410                                                                                            PLAINTIFF

v.                                          5:10-cv-00376-SWW-JTK

NEEMA SUPHAN, et al.                                                                       DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motions for Summary Judgment (Doc. Nos. 158, 165, 167) are GRANTED, and Plaintiff's constitutional claims against Defendants are DISMISSED with prejudice.

IT IS FURTHER ORDERED that Plaintiff's state law medical malpractice claims against Defendants are DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

DATED this 26th day of October, 2012.


                                                                    /s/Susan Webber Wright

                                                                    UNITED STATES DISTRICT JUDGE